**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                         CHAPTER 13 CASE NO.:

HUBERT SHANE GOODE                         19-13444-JDW

### O R D E R

THIS MATTER came before the Court on Trustee's Objection to Proof of Claim (Dkt. #36). The Trustee represented the Objection was properly noticed and the parties were given an opportunity for hearing. Therefore, the Court, finds that no response was timely filed and that the Objection is due to be sustained.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1.    Trustee's objection shall be and is hereby sustained.

2.    The Proof of Claim (Clm. #13) filed by First State Bank was not timely filed and therefore, shall be and is hereby disallowed.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com